# Exhibit B

DocuSign Envelope ID: 9F8D942B-A3DF-466A-8B97-8DC68C8BBA3D

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF CONTRA COSTA
### MARTINEZ, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052023170760
LOCAL REGISTRATION NUMBER: 3202307004885

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT– FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| ANTONIO | M. | AUMENTADO |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST): ANTONIO MENOSA AUMENTADO

4. DATE OF BIRTH mm/dd/ccyy: [blank]
5. AGE Yrs. 65
If UNDER ONE YEAR Months/Days — If UNDER 24 HOURS Hours/Minutes
6. SEX: M

9. BIRTH STATE/FOREIGN COUNTRY: PHLIPPNES
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ]
12. MARITAL STATUS/SRDP* (at Time of Death): MARRIED
7. DATE OF DEATH mm/dd/ccyy: 07/25/2023
8. HOUR (24 Hours): 1051

13. EDUCATION – Highest Level/Degree (see worksheet on back): HS GRADUATE
14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? (If yes, see worksheet on back) YES [ ] NO [X]
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): FILIPINO

17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: RETAIL STORE CLERK
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): RETAIL GROCERY
19. YEARS IN OCCUPATION: 7

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 334 MACARTHUR WAY
21. CITY: BRENTWOOD
22. COUNTY/PROVINCE: CONTRA COSTA
23. ZIP CODE: 94513
24. YEARS IN COUNTY: 1
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: AINEE IBARRA, DAUGHTER
27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip): 334 MACARTHUR WAY, BRENTWOOD, CA 94513

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP– FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) | |
|---|---|---|---|
| AIDA | ADULTA | ALMELOR | |

31. NAME OF FATHER/PARENT–FIRST: ISMAEL
32. MIDDLE: CERRAFON
33. LAST: AUMENTADO
34. BIRTH STATE: PHLIPPNES

35. NAME OF MOTHER/PARENT–FIRST: TERESITA
36. MIDDLE: BAYNO
37. LAST (BIRTH NAME): MENIOSA
38. BIRTH STATE: PHLIPPNES

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 08/11/2023
40. PLACE OF FINAL DISPOSITION: PUBLIC CEMETERY — BRGY. MUNTING PARANG, TAGKAWAYAN, QUEZON, PHLIPPNES 4321

41. TYPE OF DISPOSITION(S): CREMATE/TRANSIT/BURIAL
42. SIGNATURE OF EMBALMER: ▶ CHRISTINE M VIERRA
43. LICENSE NUMBER: EMB9679

44. NAME OF FUNERAL ESTABLISHMENT: BRENTWOOD FUNERAL HOME
45. LICENSE NUMBER: FD50
46. SIGNATURE OF LOCAL REGISTRAR: ▶ ORI TZVIELI, MD
47. DATE mm/dd/ccyy: 08/07/2023

**PLACE OF DEATH**

101. PLACE OF DEATH: RESIDENCE
102. IF HOSPITAL, SPECIFY ONE: IP [ ] ER/OP [ ] DOA [ ]
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other [ ]

104. COUNTY: CONTRA COSTA
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 334 MACARTHUR WAY
106. CITY: BRENTWOOD

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events --- diseases, injuries, or complications --- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) EXSANGUINATION
Time Interval Between Onset and Death (AT): MINS
Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) MULTIPLE SHARP FORCE INJURIES (STAB AND INCISED WOUNDS)
(BT): MINS
(C) [blank] (CT): [blank]
(D) [blank] (DT): [blank]

108. DEATH REPORTED TO CORONER? YES [X] NO [ ] REFERRAL NUMBER: 2023-3856
109. BIOPSY PERFORMED? YES [ ] NO [X]
110. AUTOPSY PERFORMED? YES [X] NO [ ]
111. USED IN DETERMINING CAUSE? YES [X] NO [ ]

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: [blank]

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): UNK
113A. DECEDENT PREGNANT IN LAST YEAR? YES [ ] NO [X] UNK [ ]

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A) mm/dd/ccyy — Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER: ▶
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Natural [ ] Accident [ ] Homicide [X] Suicide [ ] Pending Investigation [ ] Could not be determined [ ]
120. INJURED AT WORK? YES [ ] NO [X] UNK [ ]
121. INJURY DATE mm/dd/ccyy: 07/25/2023
122. HOUR (24 Hours): UNK

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.): HOME

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury): DECEDENT STABBED WITH KNIFE

125. LOCATION OF INJURY (Street and number, or location, and city and zip): 334 MACARTHUR WAY, BRENTWOOD, CA 94513

126. SIGNATURE OF CORONER / DEPUTY CORONER: ▶ JASON LIVINGSTON
127. DATE mm/dd/ccyy: 07/26/2023
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: JASON LIVINGSTON, DEP CORONER

STATE REGISTRAR: A [ ] B [ ] C [ ] D [ ] E [ ]
FAX AUTH.#
CENSUS TRACT

CACONTRADL

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Contra Costa County Department of Health Services.

DATE ISSUED    08/09/2023    MS

000086604

*Ori Tzvieli* MD
ORI TZVIELI, MD
HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

THE SEAL OF CONTRA COSTA COUNTY