United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Plaintiff,

v.

AIDA ADULTA AUMENTADO, et al.,

Defendants.

Case No. 24-cv-09448-AMO

**ORDER OF REFERENCE TO
MAGISTRATE JUDGE FOR
SETTLEMENT**

Pursuant to Civil Local Rule 72-1, this matter is referred

[ ]    for random assignment to a United States Magistrate Judge

[x]    to United States Magistrate Judge Sallie Kim

to conduct a settlement conference within 30 days, or as soon thereafter as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 7/8/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN
United States District Judge**

*Rev. 10-18*