John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
SACRO & WALKER LLP
700 N. Brand Blvd., Suite 610
Glendale, California 91203
Tel.:   (818) 721-9597
Fax:    (818) 721-9670

Attorneys for Plaintiff,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>AIDA ADULTA AUMENTADO, AINEE IBARRA; ALDWIN AUMENTADO; and ANTONIO AUMENTADO JR.,<br><br>              Defendants. | Case No. 4:24-cv-09448-AMO<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO APPOINT ADAM NICOLAI, ESQ., AS GUARDIAN AD LITEM FOR AIDA ADULTA AUMENTADO**<br><br>Date:  August 6, 2026<br>Time:  2:00 p.m.<br>Loc.:  Courtroom 10<br>          Phillip Burton Federal Building<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102 |

-1-
[~~PROPOSED~~] ORDER

**[~~PROPOSED~~] ORDER**

Having reviewed the motion (the "Motion") filed by The Prudential Insurance Company of America, Ainee Ibarra, Aldwin Aumentado, and Antonio Aumentado Jr. to appoint Adam Nicolai, Esq., as guardian ad litem for defendant Aida Adulta Aumentado and good cause appearing therefore, the Court hereby appoints Adam Nicolai, Esq., as guardian ad litem for Aida Adulta Aumentado. The appointment is for representing the interests of Aida Aumentado for the limited purposes of effectuating a settlement as to the distribution of the life insurance proceeds at issue in this interpleader action among the Plaintiff and Defendants.

Mr. Nicolai's appointment will be for thirty days following the entry of this order unless extended by agreement and further order of this Court. Mr. Nicolai is not required to receive or manage any funds paid to Aida Adulta Aumentado as a result of any settlement. Rather, any settlement proceeds to be issued to Aida Adulta Aumentado may be deposited for her benefit into an account managed by the hospital where Ms. Aumentado is being treated. Mr. Nicolai's compensation for serving as guardian will be a fixed fee of $2,500 payable from the distribution of the insurance proceeds that are the subject of this interpleader action.

**IT IS SO ORDERED.**

DATED: 7/13/2026

_____
The Honorable Araceli Martinez-Olguín
United States District Court Judge

-2-
[~~PROPOSED~~] ORDER

Case No. 4:24-cv-09448-AMO