United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Plaintiff,

v.

AIDA ADULTA AUMENTADO, et al.,

Defendants.

Case No. 4:24-cv-09448-AMO (SK)

**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for July 29, 2026 at 9:30 a.m. by video using Zoom. **The Settlement Conference may be accessed using the following Zoom meeting information:**

**Meeting ID: 161 399 7742**

**Passcode: 530648**

Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. A representative from Prudential is excused from attending the entire Settlement Conference but must be available via telephone standby and respond immediately when called to participate in the Settlement Conference. The parties shall notify Chambers immediately at (415) 522-2112 if this case settles prior to the date set for Settlement Conference.

**IT IS SO ORDERED.**

Dated: July 17, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge